IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 12-00252 ESL |
| | * | |
| HECTOR LUIS RUIZ OCASIO | | CHAPTER 7 |
| CRUZ RUIZ TORRES | * | |
| | * | |
| DEBTORS | * | |

**INFORMATIVE MOTION RE: CO-PETITIONER
CRUZ RUIZ TORRES' DEATH
RULE 1016 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE**

**TO THE HONORABLE COURT:**

**COMES NOW, HECTOR LUIS RUIZ OCASIO,** debtor in the above captioned case, and very respectfully states and prays:

1. On January 19, 2012, Hector Luis Ruiz Ocasio and Cruz Ruiz Torres, filed the above captioned voluntary petition under Chapter 13 of the Bankruptcy Code, 11 U.S.C. Sections 1301 *et seq*.

2. On September 6, 2013, the co-petitioner Cruz Ruiz Torres, R.I.P., passed away. See attached copy of death certificate issued by the Commonwealth of Puerto Rico.

3. On March 25, 2014, this Honorable Court granted debtor's request for conversion of the present case from Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, 11 U.S.C. Sections 701 *et seq*.

4. Rule 1016, of the Federal Rules of Bankruptcy Procedure provides that the death or incompetency of the debtor shall not abate a liquidation case under Chapter 7. In such circumstances, the rule requires that the estate is to be administered and the case concluded, to the extent possible, as if the death had not occurred. Rule 1016 of the

Page – 2-
Informative Motion Debtor's Death
Case no. 12-00252 ESL7

Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the debtor Hector Luis Ruiz Ocasio, respectfully requests the Court take notice of the aforegoing, in the above captioned case.

**I CERTIFY** that on this same date a copy of this informative motion was filed with the Clerk of the Court using the CM/ECF electronic filing system which will send notice of same to Wigberto Lugo Mender, Esq., Chapter 7 Trustee and to the US Trustee's Office; I also certify that a copy of this motion was sent to: Hector Luis Ruiz Ocasio, Villa del Rey IV 4 U 21 Calle 10 Caguas PR 00727.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 1st day of April, 2014.

/s/R Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726-0186
TEL.787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

2

# GOBIERNO DE PUERTO RICO
## GOVERNMENT OF PUERTO RICO

### DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICADO DE DEFUNCION
(DEATH CERTIFICATE)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2013-04877-020003-260184-02049349

NOMBRE DEL FALLECIDO (DECEASED NAME)
CRUZ RUIZ-TORRES

SEGURO SOCIAL (SOCIAL SECURITY)
-0860

SEXO (SEX)
F

ESTADO CIVIL (MARITAL STATUS)
CASADA (MARRIED)

NOMBRE CONYUGE (SPOUSE'S NAME)
HECTOR L RUIZ

FECHA DEFUNCIÓN (DEATH DATE)
06 SEP 2013

FECHA REGISTRO (REGISTRATION DATE)
16 SEP 2013

LUGAR DEFUNCIÓN (DEATH PLACE)
SAN JUAN, PUERTO RICO

FUE EMBALSAMADO? (EMBALMED?)
SE DESCONOCE (UNKNOWN)

FECHA NACIMIENTO (BIRTH DATE)
07 MAR 1953

EDAD (AGE)
60 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
MAUNABO, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
FRANCISCO RUIZ

NOMBRE DE LA MADRE (MOTHER'S NAME)
CRUZ TORRES

FECHA EXPEDICIÓN (DATE ISSUED)
18 SEP 2013

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)


DEPARTAMENTO DE SALUD
GOBIERNO DE PUERTO RICO

Estado Libre Asociado
Departamento de Salud
Registro Demográfico
Maunabo 196

D08432025

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

AQ921799

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 9/12

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED